District Version 6.1.1     https://ecf.txnd.uscourts.gov/cgi-bin/DktRpt.pl?973694480779808-L...

CLOSED

# U.S. District Court
## Northern District of Texas (Dallas)
### CIVIL DOCKET FOR CASE #: 3:18-cv-00714-N

Gibbs et al v. Rees et al                                    Date Filed: 03/26/2018
Assigned to: Judge David C Godbey                            Date Terminated: 05/01/2018
Case in other court: Virginia Eastern, 3:17-cv-00386        Jury Demand: Plaintiff
Cause: 18:1962 Racketeering (RICO) Act                       Nature of Suit: 470 Other Statutes: Racketeer
                                                             Influenced and Corrupt Organizations
                                                             Jurisdiction: Federal Question

**Plaintiff**

**Darlene Gibbs**                          represented by   **Kristi Cahoon Kelly**
                                                            Kelly & Crandall PLC
                                                            3925 Chain Bridge Rd
                                                            Suite 202
                                                            Fairfax, VA 22030
                                                            703-424-7570
                                                            Fax: 703-591-9285
                                                            Email: kkelly@kellyandcrandall.com
                                                            *LEAD ATTORNEY*
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Andrew Joseph Guzzo**
                                                            Kelly & Crandall PLC
                                                            3925 Chain Bridge Rd
                                                            Suite 202
                                                            Fairfax, VA 22030
                                                            703-424-7576
                                                            Fax: 703-591-0167
                                                            Email: aguzzo@kellyandcrandall.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Caitlyn Nicole Wells**
                                                            Kellett & Bartholow PLLC
                                                            11300 N Central Expressway, Ste 301
                                                            Dallas, TX 75243
                                                            214-696-9000
                                                            Fax: 214-696-9001
                                                            Email: caitlyn@kblawtx.com
                                                            *ATTORNEY TO BE NOTICED*

                                                            **Casey Shannon Nash**
                                                            Kelly & Crandall PLC
                                                            3925 Chain Bridge Rd
                                                            Suite 202
                                                            Fairfax, VA 22030

703-640-3334
Fax: 703-591-0167
Email: casey@kellyandcrandall.com
*ATTORNEY TO BE NOTICED*

**Craig Carley Marchiando**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
(757) 930-3660
Fax: (757) 930-3662
Email: craig@clalegal.com
*ATTORNEY TO BE NOTICED*

**Elizabeth W. Hanes**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
(757) 930-3660
Fax: (757) 930-3662
Email: elizabeth@clalegal.com
*ATTORNEY TO BE NOTICED*

**James Wilson Speer**
Virginia Proverty Law Center
919 E Main Street
Suite 610
Richmond, VA 23219
804-782-9430
Fax: (804) 649-0974
Email: jay@vplc.org
*ATTORNEY TO BE NOTICED*

**Karen L Kellett**
Kellett & Bartholow PLLC
11300 N Central Expressway, Ste 301
Dallas, TX 75243
214-696-9000
Fax: 214-696-9001
Email: kkellett@kblawtx.com
*ATTORNEY TO BE NOTICED*

**Leonard Anthony Bennett**
Consumer Litigation Associates
763 J Clyde Morris Boulevard
Suite 1A
Newport News, VA 23601
757-930-3660

Fax: 757-930-3662
Email: lenbennett@clalegal.com
*ATTORNEY TO BE NOTICED*

**Thad Bartholow**
Kellett & Bartholow PLLC
11300 N Central Expressway, Ste 301
Dallas, TX 75243
214-696-9000
Fax: 214-696-9001
Email: thad@kblawtx.com
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Stephanie Edwards**                   represented by   **Kristi Cahoon Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Joseph Guzzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caitlyn Nicole Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Shannon Nash**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Carley Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth W. Hanes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Wilson Speer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen L Kellett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard Anthony Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thad Bartholow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lula Williams**                   represented by   **Kristi Cahoon Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Joseph Guzzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caitlyn Nicole Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Shannon Nash**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Carley Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth W. Hanes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Wilson Speer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen L Kellett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard Anthony Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thad Bartholow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Patrick Inscho**                   represented by   **Kristi Cahoon Kelly**
(See above for address)

*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Joseph Guzzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caitlyn Nicole Wells**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Shannon Nash**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Carley Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth W. Hanes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Wilson Speer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen L Kellett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard Anthony Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thad Bartholow**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Plaintiff**

**Lawrence Mwethuku**            represented by **Kristi Cahoon Kelly**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Andrew Joseph Guzzo**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Caitlyn Nicole Wells**

(See above for address)
*ATTORNEY TO BE NOTICED*

**Casey Shannon Nash**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Craig Carley Marchiando**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Elizabeth W. Hanes**
(See above for address)
*ATTORNEY TO BE NOTICED*

**James Wilson Speer**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Karen L Kellett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Leonard Anthony Bennett**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Thad Bartholow**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Kenneth Rees**        represented by **David Neal Anthony**
Troutman Sanders LLP (Richmond)
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218
804-697-5410
Fax: 804-698-5118
Email: david.anthony@troutmansanders.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**David Foster Herman**
Montgomery McCracken Walker Rhoads
LLP
123 S Broad St

Philadelphia, PA 19109
215-772-7614
Email: dherman@mmwr.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Jonathan Boughrum**
Montgomery McCracken Walker & Rhoads
LLP
Avenue of the Arts
123 S Broad Street
Philadelphia, PA 19109
215-772-1500
Fax: 215-772-7620
Email: jboughrum@mmwr.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Richard L Scheff**
Montgomery McCracken Walker & Rhoads
LLP
Avenue of the Arts
123 S Broad Street
Philadelphia, PA 19109
215-772-1500
Fax: 215-772-7620
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Timothy James St. George**
Troutman Sanders LLP (Richmond)
Troutman Sanders Bldg
1001 Haxall Point
PO Box 1122
Richmond, VA 23218
804-697-1254
Email: tim.stgeorge@troutmansanders.com
*ATTORNEY TO BE NOTICED*

**Defendant**

**Think Finance Inc**                    represented by   **David Neal Anthony**
                                                          (See above for address)
                                                          *LEAD ATTORNEY*
                                                          *ATTORNEY TO BE NOTICED*

                                                          **Kymberly Kochis**
                                                          Eversheds Sutherland (US) LLP (NY)
                                                          The Grace Building, 40th Floor
                                                          1114 Avenue of the Americas

New York, NY 10036-7703
**NA**
212-389-5000
Fax: 212-389-5099
Email: kymberlykochis@eversheds-
sutherland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lewis Steven Wiener**
Eversheds Sutherland (US) LLP
700 Sixth Street NW
Suite 700
Washington, DC 20001-3980
202-383-0100
Fax: 202-637-3593
Email: lewiswiener@eversheds-
sutherland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Owen Gatewood**
Eversheds Sutherland (US) LLP (DC)
700 Sixth St NW
Suite 700
Washington, DC 20001
202-383-0001
Fax: 202-637-3593
Email: mattgatewood@eversheds-
sutherland.com
*ATTORNEY TO BE NOTICED*

**Timothy James St. George**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Think Finance SPV LLC**    represented by **David Neal Anthony**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kymberly Kochis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Lewis Steven Wiener
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Matthew Owen Gatewood
(See above for address)
*ATTORNEY TO BE NOTICED*

Timothy James St. George
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TC Decision Sciences LLC**                represented by **David Neal Anthony**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Kymberly Kochis
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Lewis Steven Wiener
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

Matthew Owen Gatewood
(See above for address)
*ATTORNEY TO BE NOTICED*

Timothy James St. George
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**TC Loan Service LLC**                represented by **David Neal Anthony**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

Kymberly Kochis
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*

*ATTORNEY TO BE NOTICED*

**Lewis Steven Wiener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Owen Gatewood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy James St. George**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**Tail Wind Marketing LLC**          represented by **David Neal Anthony**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Kymberly Kochis**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Lewis Steven Wiener**
(See above for address)
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Matthew Owen Gatewood**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Timothy James St. George**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Defendant**

**GPL Servicing**          represented by **Aaron Harvey Marks**
Kirkland & Ellis LLP (NY-NA)
601 Lexington Ave
New York, NY 10022
NA
(212) 446-4856
Fax: (212) 446-4900

Email: aaron.marks@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Bryan Alan Fratkin**
McGuireWoods LLP (Richmond)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
804-775-4352
Fax: 804-698-2100
Email: bfratkin@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Daniel Peter Shapiro**
Katten Muchin Rosenman LLP (IL-NA)
525 W Monroe St
Suite 1600
Chicago, IL 60661-3693
**NA**
(312) 902-5622
Fax: (312) 902-1061
Email: daniel.shapiro@kattenlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Dawn Marie Canty**
Katten Muchin Rosenman LLP (IL-NA)
525 W Monroe St
Suite 1600
Chicago, IL 60661-3693
**NA**
(312) 902-5253
Fax: (312) 577-8607
Email: dawn.canty@kattenlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**J Matthew Haws**
Katten Muchin Rosenman LLP (IL-NA)
525 W Monroe St
Suite 1600
Chicago, IL 60661-3693
**NA**
(312) 902-5319
Fax: (312) 902-1061

Email: matthew.haws@kattenlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Patrick Malley Smith**
Katten Muchin Rosenman LLP (IL-NA)
525 W Monroe St
Suite 1600
Chicago, IL 60661-3693
**NA**
(312) 902-5393
Fax: (312) 902-1061
Email: patrick.smith@kattenlaw.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ross Lee Weiner**
Kirkland & Ellis LLP (NY-NA)
601 Lexington Ave
New York, NY 10022
**NA**
(212) 446-4976
Fax: (212) 446-6460
Email: ross.weiner@kirkland.com
*LEAD ATTORNEY*
*PRO HAC VICE*
*ATTORNEY TO BE NOTICED*

**Ashley Partin Peterson**
McGuireWoods LLP (Richmond)
Gateway Plaza
800 East Canal Street
Richmond, VA 23219
(804) 775-1190
Fax: (804) 698-2091
Email: apeterson@mcguirewoods.com
*ATTORNEY TO BE NOTICED*

**Bankruptcy Judge**

**Harlin D Hale**                        represented by  **Harlin D Hale**
US Bankruptcy Court
Chambers of Judge Harlin D Hale
1100 Commerce St
Room 1401
Dallas, TX 75242
214-753-2036 FAX
Fax: 214-753-2036 FAX
Email: hdh_districtdocs@txnb.uscourts.gov

PRO SE

V.

**Notice Only**

**Case Admin Sup**                     represented by **Case Admin Sup**
                                        Email: txnb_appeals@txnb.uscourts.gov
                                        PRO SE

| Date Filed | # | Docket Text |
|---|---|---|
| 05/19/2017 | 1 | COMPLAINT against GPL Servicing, Kenneth Rees, TC Decision Sciences, LLC, TC Loan Service, LLC, Tailwind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc. ( Filing fee $ 400, receipt number 0422-5532748.), filed by Lula Williams, Stephanie Edwards, Patrick Inscho, Darlene Gibbs, Lawrence Mwethuku. (Attachments: # 1 Civil Cover Sheet, # 2 Exhibit Exhibit March 11, 2011 Term Sheet, # 3 Exhibit Exhibit Plain Green Loan Agreement, # 4 Exhibit Exhibit Great Plain Loan Agreement)(tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 05/19/2017) |
| 05/19/2017 | 2 | Summons Issued as to GPL Servicing, Kenneth Rees, TC Decision Sciences, LLC, Tailwind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. NOTICE TO ATTORNEY: Remove Header and print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 05/19/2017) |
| 05/19/2017 | 3 | Summons Issued as to TC Loan Service, LLC. NOTICE TO ATTORNEY: Removed header and print out two electronically issued summons and one copy of the attachments for each defendant to be served with the complaint. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 05/19/2017) |
| 06/06/2017 | 4 | SUMMONS Returned Executed SEE: Waivers of Service 6 Executed by GPL Servicing; Kenneth Rees; TC Decision Sciences, LLC; TC Loan Service, LLC; Tail Wind Marketing, LLC; Think Finance SPV, LLC; Think Finance, Inc., (tjoh, ) Modified on 6/20/2017 to correct text. (tjoh, ). [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 06/06/2017) |
| 06/08/2017 | 5 | WAIVER OF SERVICE Returned Executed by Kenneth Rees. Kenneth Rees waiver sent on 5/31/2017, answer due 7/31/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 06/09/2017) |
| 06/19/2017 | 6 | WAIVER OF SERVICE Returned Executed by Lula Williams, Stephanie Edwards, Patrick Inscho, Darlene Gibbs, Lawrence Mwethuku. GPL Servicing waiver sent on 6/5/2017, answer due 8/4/2017; TC Decision Sciences, LLC waiver sent on 5/31/2017, answer due 7/31/2017; TC Loan Service, LLC waiver sent on 5/31/2017, answer due 7/31/2017; Tail Wind Marketing, LLC waiver sent on 5/31/2017, answer due 7/31/2017; Think Finance SPV, LLC waiver sent on 5/31/2017, answer due 7/31/2017; Think Finance, Inc. waiver sent on 5/31/2017, answer due 7/31/2017. (Attachments: # 1 letters)(tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 06/20/2017) |
| 06/20/2017 |  | Notice of Correction re 4 Summons Returned Executed, Clerk has updated and reset the answer deadlines. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 06/20/2017) |

| 07/31/2017 | 7 | MOTION for Extension of Time to File Answer by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Agreed Order))(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 07/31/2017) |
| 07/31/2017 | 8 | Financial Interest Disclosure Statement (Local Rule 7.1) by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 07/31/2017) |
| 07/31/2017 | 9 | MOTION for Extension of Time to File Answer by Kenneth Rees. (Attachments: # 1 Exhibit 1 (Proposed Agreed Order))(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 07/31/2017) |
| 08/01/2017 | 10 | So Ordered. Agreed Order re 9 MOTION for Extension of Time to File Answer filed by Kenneth Rees. Signed by District Judge M. Hannah Lauck on 08/01/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/01/2017) |
| 08/01/2017 | 11 | So Ordered. Agreed Order re 7 MOTION for Extension of Time to File Answer filed by Think Finance, Inc., TC Decision Sciences, LLC, Tail Wind Marketing, LLC, TC Loan Service, LLC, Think Finance SPV, LLC. Signed by District Judge M. Hannah Lauck on 08/01/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/01/2017) |
| 08/04/2017 | 12 | Consent MOTION for Extension of Time to File Answer as to 1 Complaint, by GPL Servicing. (Fratkin, Bryan) (Additional attachment(s) added on 8/7/2017: # 1 Exhibit 1) (Main Document 12 replaced to separate attachment and correct docket entry on 8/7/2017) (nbrow). [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/04/2017) |
| 08/04/2017 | 13 | Corporate Disclosure Statement by GPL Servicing. (Fratkin, Bryan) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/04/2017) |
| 08/07/2017 |  | Notice of Correction re: Docket Entry 12 . The filing user has been notified that exhibits or proposed orders should be made as an attachment to the main document. Also, the clerk has corrected the docket entry to reflect an accurate deadline for the extension of an answer. No further action is required at this time. (nbrow) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 14 | SO ORDERED re: 12 Motion for Extension of Time to Answer; GPL Servicing answer due 8/11/2017. Signed by District Judge M. Hannah Lauck on 08/07/2017. (nbrow) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 15 | NOTICE of Appearance by Ashley Partin Peterson on behalf of GPL Servicing (Peterson, Ashley) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 16 | MOTION to Compel *Arbitration* by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 17 | Memorandum in Support re 16 MOTION to Compel *Arbitration* filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Declaration of Stephen Smith, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5)(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 18 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims* |

| | | |
|---|---|---|
| | | *are Barred by the Doctrine of Tribal Exhaustion* by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 19 | Memorandum in Support re 18 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion* filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Declaration of David N. Anthony, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3)(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 20 | MOTION to Dismiss for Failure to State a Claim , MOTION to Dismiss for Lack of Jurisdiction by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 21 | Memorandum in Support re 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 22 | MOTION to Dismiss for Failure to State a Claim , MOTION to Dismiss for Lack of Jurisdiction by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 23 | Memorandum in Support re 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Kenneth Rees. (Attachments: # 1 Affidavit of Kenneth E. Rees)(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 24 | MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule* by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 25 | Memorandum in Support re 24 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule* filed by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 26 | MOTION to Compel *Arbitration* by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 27 | Memorandum in Support re 26 MOTION to Compel *Arbitration* filed by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 28 | MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion* by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 29 | DOCKETED IN ERROR. SEE DOCUMENT 32 .Memorandum in Support re 28 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion* filed by Kenneth Rees. (Anthony, David) Modified on 8/8/2017 to correct text.(tjoh, ). [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |

| 08/07/2017 | 30 | MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule* by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
|---|---|---|
| 08/07/2017 | 31 | Memorandum in Support re 30 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule* filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/07/2017 | 32 | Memorandum in Support re 28 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion (Corrected)* filed by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/07/2017) |
| 08/08/2017 | 33 | NOTICE of Appearance by Matthew Owen Gatewood on behalf of TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc. (Gatewood, Matthew) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/08/2017) |
| 08/08/2017 | 34 | Motion to appear Pro Hac Vice by Patrick Malley Smith and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5654992. by GPL Servicing. (Peterson, Ashley) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/08/2017) |
| 08/08/2017 | 35 | Motion to appear Pro Hac Vice by Daniel Peter Shapiro and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5654994. by GPL Servicing. (Peterson, Ashley) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/08/2017) |
| 08/08/2017 | 36 | Motion to appear Pro Hac Vice by Dawn Marie Canty and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5654996. by GPL Servicing. (Peterson, Ashley) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/08/2017) |
| 08/08/2017 | 37 | Motion to appear Pro Hac Vice by J Matthew Haws and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5654997. by GPL Servicing. (Peterson, Ashley) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/08/2017) |
| 08/09/2017 | 38 | Motion to appear Pro Hac Vice by Jonathan Peter Boughrum and Certification of Local Counsel David N. Anthony Filing fee $ 75, receipt number 0422-5656245. by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/09/2017) |
| 08/09/2017 | 39 | Motion to appear Pro Hac Vice by Richard Lawrence Scheff and Certification of Local Counsel David N. Anthony Filing fee $ 75, receipt number 0422-5656304. by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/09/2017) |
| 08/09/2017 | 40 | Motion to appear Pro Hac Vice by David Foster Herman and Certification of Local Counsel David N. Anthony Filing fee $ 75, receipt number 0422-5656316. by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/09/2017) |
| 08/09/2017 | 41 | Motion to appear Pro Hac Vice by Lewis Steven Wiener and Certification of Local Counsel David N. Anthony Filing fee $ 75, receipt number 0422-5656333. by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/09/2017) |

| 08/10/2017 | 42 | Motion to appear Pro Hac Vice by Kymberly Kochis and Certification of Local Counsel David N. Anthony Filing fee $ 75, receipt number 0422-5658285. by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/10/2017) |
|---|---|---|
| 08/11/2017 | 43 | ORDER granting 34 Motion for Pro hac vice Appointed Patrick Malley Smith for GPL Servicing. Signed by District Judge M. Hannah Lauck on 08/11/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/11/2017) |
| 08/11/2017 | 44 | ORDER granting 35 Motion for Pro hac vice Appointed Daniel Peter Shapiro for GPL Servicing. Signed by District Judge M. Hannah Lauck on 08/11/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/11/2017) |
| 08/11/2017 | 45 | ORDER granting 37 Motion for Pro hac vice Appointed J Matthew Haws for GPL Servicing. Signed by District Judge M. Hannah Lauck on 08/11/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/11/2017) |
| 08/11/2017 | 46 | ORDER granting 36 Motion for Pro hac vice Appointed Dawn Marie Canty for GPL Servicing. Signed by District Judge M. Hannah Lauck on 08/11/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/11/2017) |
| 08/11/2017 | 47 | MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration* by GPL Servicing. (Fratkin, Bryan) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/11/2017) |
| 08/11/2017 | 48 | Memorandum in Support re 47 MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration* filed by GPL Servicing. (Attachments: # 1 Exhibit A)(Fratkin, Bryan) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/11/2017) |
| 08/14/2017 | 49 | ORDER granting 41 Motion for Pro hac vice Appointed Lewis Steven Wiener for TC Decision Sciences, LLC,Lewis Steven Wiener for TC Loan Service, LLC,Lewis Steven Wiener for Tail Wind Marketing, LLC,Lewis Steven Wiener for Think Finance SPV, LLC,Lewis Steven Wiener for Think Finance, Inc. Signed by District Judge M. Hannah Lauck on 08/14/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/14/2017) |
| 08/14/2017 | 50 | ORDER granting 38 Motion for Pro hac vice Appointed Jonathan Peter Boughrum for Kenneth Rees. Signed by District Judge M. Hannah Lauck on 08/14/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/14/2017) |
| 08/14/2017 | 51 | ORDER granting 40 Motion for Pro hac vice Appointed David Foster Herman for Kenneth Rees. Signed by District Judge M. Hannah Lauck on 08/14/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/14/2017) |
| 08/14/2017 | 52 | ORDER granting 39 Motion for Pro hac vice Appointed Richard Lawrence Scheff for Kenneth Rees. Signed by District Judge M. Hannah Lauck on 08/14/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/14/2017) |
| 08/16/2017 | 53 | ORDER granting 42 Motion for Pro hac vice Appointed Kymberly Kochis for TC Decision Sciences, LLC,Kymberly Kochis for TC Loan Service, LLC,Kymberly Kochis for Tail Wind Marketing, LLC,Kymberly Kochis for Think Finance SPV, LLC,Kymberly Kochis for Think Finance, Inc. Signed by District Judge M. Hannah Lauck on 08/15/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/16/2017) |

| | | |
|---|---|---|
| 08/18/2017 | 54 | Consent MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Compel *Arbitration*, 30 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule*, 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction , 18 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion* by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku. (Attachments: # 1 Proposed Order)(Bennett, Leonard) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/18/2017) |
| 08/18/2017 | 55 | Consent MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule*, 28 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion*, 26 MOTION to Compel *Arbitration*, 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Bennett, Leonard) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/18/2017) |
| 08/18/2017 | 56 | Consent MOTION for Extension of Time to File Response/Reply as to 47 MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration* by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Bennett, Leonard) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/18/2017) |
| 08/21/2017 | 57 | ORDER. The Court GRANTS the First Consent Motion 54 , the Second Consent Motion 55 , and the Third Consent Motion 56 . Plaintiffs SHALL file their responses as follows: Plaintiffs SHALL file their response to the Think Finance Motions (ECF Nos. 16, 18, 20, 30) by close of business September 11, 2017; Plaintiffs SHALL file their response to the Rees Motions, (ECF Nos. 22, 24, 26, 28) by close of business September 11, 2017; and Plaintiffs SHALL file their responses to GPL Motion (ECF No. 47) by close of business September 15, 2017. Signed by District Judge M. Hannah Lauck on 08/21/2017. (tjoh, ) Modified to correct docket text on 8/21/2017 (ccol, ). NEF Regenerated. [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/21/2017) |
| 08/25/2017 | 58 | Joint MOTION for Protective Order by Kenneth Rees, TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Exhibit 1 (Proposed Stipulated Protective Order)(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/25/2017) |
| 08/30/2017 | 59 | AMENDED Financial Interest Disclosure Statement (Local Rule 7.1) by GPL Servicing. (Fratkin, Bryan). Modified docket entry on 08/31/2017. (walk, ). [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 08/30/2017) |
| 09/05/2017 | 60 | STIPULATED PROTECTIVE ORDER. SEE ORDER FOR DETAILS. Signed by District Judge M. Hannah Lauck on 09/05/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/05/2017) |
| 09/11/2017 | 61 | Memorandum in Opposition re 26 MOTION to Compel *Arbitration*, 16 MOTION to Compel *Arbitration* filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/11/2017) |

| 09/11/2017 | 62 | Memorandum in Opposition re 28 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion*, 18 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion* filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/11/2017) |
| --- | --- | --- |
| 09/11/2017 | 63 | Memorandum in Opposition re 24 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule*, 30 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule* filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/11/2017) |
| 09/11/2017 | 64 | Memorandum in Opposition re 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit 1 - November 2016 Hearing Transcript)(Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/11/2017) |
| 09/11/2017 | 65 | Memorandum in Opposition re 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/11/2017) |
| 09/14/2017 | 66 | Consent MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Compel *Arbitration*, 30 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule*, 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction , 18 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion* by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Proposed Agreed Order)(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/14/2017) |
| 09/14/2017 | 67 | Consent MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule*, 28 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion*, 26 MOTION to Compel *Arbitration*, 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction by Kenneth Rees. (Attachments: # 1 Proposed Agreed Order)(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/14/2017) |
| 09/15/2017 | 68 | Memorandum in Opposition re 47 MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration* filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit 1 - Flow of Funds Overview, # 2 Exhibit 2 - May 2012 E-mail Correspondence, # 3 Exhibit 3 - Jan. 2011 Powerpoint) (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/15/2017) |

| 09/19/2017 | 69 | Consent MOTION for Extension of Time to File Response/Reply as to 47 MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration* by GPL Servicing. (Attachments: # 1 Exhibit 1)(Fratkin, Bryan) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/19/2017) |
|---|---|---|
| 09/21/2017 | 70 | ORDER granting 69 Motion for Extension of Time to File Reply. GPL SHALL file its Reply to Plaintiffs' Response in Opposition to GPL's Motion to Dismiss no later than close of business October 5, 2017. It is so ORDERED. Signed by District Judge M. Hannah Lauck on 09/21/2017. (nbrow) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/21/2017) |
| 09/25/2017 | 71 | ORDER granting 67 Motion for Extension of Time to File Response/Reply. Responses due by 10/2/2017. Signed by District Judge M. Hannah Lauck on 09/25/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/25/2017) |
| 09/25/2017 | 72 | ORDER. The Think Finance Defendants SHALL file all Replies to the responsive pleadings listed in this Order no later than close of business October 2, 2017. SEE ORDER FOR DETAILS. Signed by District Judge M. Hannah Lauck on 09/25/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/25/2017) |
| 09/28/2017 | 73 | NOTICE of Appearance by Casey Shannon Nash on behalf of Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (Nash, Casey) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/28/2017) |
| 09/29/2017 | 74 | Consent MOTION for Extension of Time to File Response/Reply as to 16 MOTION to Compel *Arbitration*, 30 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule*, 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction , 18 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion* by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Proposed Order)(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/29/2017) |
| 09/29/2017 | 75 | Consent MOTION for Extension of Time to File Response/Reply as to 24 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule*, 28 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion*, 26 MOTION to Compel *Arbitration*, 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction by Kenneth Rees. (Attachments: # 1 Proposed Order)(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 09/29/2017) |
| 10/02/2017 | 76 | ORDER. The Court GRANTS the Motion for Extension of Time to File Response 74 . The Think Finance Defendants SHALL file all Replies to the responsive pleadings listed above no later than close of business October 6, 2017. Signed by District Judge M. Hannah Lauck on 10/02/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/02/2017) |
| 10/02/2017 | 77 | ORDER. The Court GRANTS the Consent Motion for Extension of Time to File Response/Reply 75 . Rees SHALL file all Replies to the responsive pleadings listed above no later than close of business October 6, 2017. Signed by District Judge M. Hannah Lauck on 10/02/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/02/2017) |

| | | |
|---|---|---|
| 10/03/2017 | 78 | Consent MOTION for Extension of Time to File Response/Reply as to 47 MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration* by GPL Servicing. (Attachments: # 1 Exhibit 1)(Fratkin, Bryan) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/03/2017) |
| 10/04/2017 | 79 | AGREED ORDER. It is ORDERED that GPLS's Motion for an Extension of Time is GRANTED. GPLS shall file its reply memorandum in support of the Motion on or before October 9, 2017. Signed by District Judge M. Hannah Lauck on 10/04/2017. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/04/2017) |
| 10/06/2017 | 80 | Financial Interest Disclosure Statement (Local Rule 7.1) by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/06/2017) |
| 10/06/2017 | 81 | REPLY to Response to Motion re 16 MOTION to Compel *Arbitration* filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/06/2017) |
| 10/06/2017 | 82 | REPLY to Response to Motion re 18 MOTION to Dismiss *Pursuant to Fed. R. Civ. P. Rules 12(b)(7) and 19 for Failure to Join Indispensable Parties or, Alternatively Motion to Dismiss or Stay Because Plaintiffs' Claims are Barred by the Doctrine of Tribal Exhaustion* filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Attachments: # 1 Declaration of D. Anthony, # 2 Exhibit 1 (Part I), # 3 Exhibit 1 (Part II), # 4 Exhibit 2)(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/06/2017) |
| 10/06/2017 | 83 | REPLY to Response to Motion re 20 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/06/2017) |
| 10/06/2017 | 84 | REPLY to Response to Motion re 22 MOTION to Dismiss for Failure to State a Claim MOTION to Dismiss for Lack of Jurisdiction filed by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/06/2017) |
| 10/06/2017 | 85 | REPLY to Response to Motion re 24 MOTION to Transfer Case *or in the Alternative, Stay Proceedings Pursuant to the First-to-File Rule* filed by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/06/2017) |
| 10/09/2017 | 86 | REPLY to Response to Motion re 47 MOTION to Dismiss for Lack of Jurisdiction *or, Alternatively, to Dismiss for Failure to State a Claim, or, Alternatively, to Stay Proceedings and Compel Arbitration* filed by GPL Servicing. (Attachments: # 1 Exhibit A)(Fratkin, Bryan) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/09/2017) |
| 10/25/2017 | 87 | SUGGESTION OF BANKRUPTCY Upon the Record by TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc.. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 10/25/2017) |
| 01/05/2018 | 88 | NOTICE by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams re 87 Suggestion of Bankruptcy *Plaintiffs' Notice Regarding Partial Stay* (Attachments: # 1 Exhibit "A")(Bennett, Leonard) [Transferred from Virginia Eastern on |

| | | 3/26/2018.] (Entered: 01/05/2018) |
|---|---|---|
| 01/29/2018 | | Set Deadlines/Hearings Status Hearing set for 2/28/2018 at 02:00 PM in Richmond Courtroom 6100 before District Judge M. Hannah Lauck. (khan, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 01/29/2018) |
| 02/01/2018 | 89 | MOTION for Protective Order *Enforcement* by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/01/2018) |
| 02/01/2018 | 90 | Memorandum in Support re 89 MOTION for Protective Order *Enforcement* filed by Kenneth Rees. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/01/2018) |
| 02/02/2018 | 91 | Response to 88 NOTICE filed by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/02/2018) |
| 02/02/2018 | 92 | MOTION to Transfer Case *Under 28 U.S.C. § 1412* by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/02/2018) |
| 02/02/2018 | 93 | Memorandum in Support re 92 MOTION to Transfer Case *Under 28 U.S.C. § 1412* filed by Kenneth Rees. (Attachments: # 1 Exhibit A (Inscho Adversary Complaint (TX)), # 2 Exhibit B (Banks Adversary Complaint (TX)), # 3 Exhibit C (Browne Adversary Complaint (TX)), # 4 Exhibit D (Think Motion to Transfer Venue [PA]), # 5 Exhibit E (Indemnification Agreement))(Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/02/2018) |
| 02/02/2018 | 94 | MOTION for Leave to File *Supplemental Authority* by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order) (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/02/2018) |
| 02/02/2018 | 95 | Memorandum in Support re 94 MOTION for Leave to File *Supplemental Authority* filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit 1 - Memorandum Opinion in Pennsylvania v. Think Finance, # 2 Exhibit 2 - Finding of Fact and Conclusion of Law in CFPB v. CashCall)(Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/02/2018) |
| 02/06/2018 | 96 | Motion to appear Pro Hac Vice by Ross Lee Weiner and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5933751. by GPL Servicing. (Peterson, Ashley) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/06/2018) |
| 02/06/2018 | 97 | Motion to appear Pro Hac Vice by Aaron Harvey Marks and Certification of Local Counsel Ashley Partin Peterson Filing fee $ 75, receipt number 0422-5933760. by GPL Servicing. (Peterson, Ashley) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/06/2018) |
| 02/06/2018 | 98 | MOTION to Certify Class *Claims Against Defendants Kenneth Rees and GPL Servicing, Ltd.* by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/06/2018) |
| 02/06/2018 | 99 | REDACTED Memorandum in Support re 98 MOTION to Certify Class *Claims Against Defendants Kenneth Rees and GPL Servicing, Ltd.* filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit 1, # 2 Exhibit 2, # 3 Exhibit 3, # 4 Exhibit 4, # 5 Exhibit 5, # 6 Exhibit 6, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Exhibit 9, # 10 Exhibit 10, # 11 Exhibit 11, # 12 Exhibit 12, # 13 Exhibit 13, # 14 Exhibit 14, # 15 Exhibit 15, # 16 Exhibit 16, # 17 Exhibit 17, # 18 Exhibit 18, # 19 Exhibit 19, # 20 Exhibit 20, # 21 Exhibit 21, # 22 Exhibit 22)(Kelly, Kristi) Modified on 2/7/2018 to |

| | | |
|---|---|---|
| | | correct text (tjoh, ). [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/06/2018) |
| 02/06/2018 | 100 | MOTION to Seal by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/06/2018) |
| 02/06/2018 | 101 | Notice of Filing Sealing Motion LCvR5(C) by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams re 100 MOTION to Seal (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/06/2018) |
| 02/06/2018 | 102 | Sealed Memorandum in Support re 100 MOTION to Seal . (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/06/2018) |
| 02/06/2018 | 103 | Sealed Attachment/Exhibit(s) re 100 MOTION to Seal . (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/06/2018) |
| 02/06/2018 | 104 | Memorandum in Support re 100 MOTION to Seal filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/06/2018) |
| 02/09/2018 | 105 | RESPONSE in Opposition re 89 MOTION for Protective Order *Enforcement* filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit to be filed under seal)(Bennett, Leonard) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/09/2018) |
| 02/09/2018 | 106 | MOTION to Seal by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Bennett, Leonard) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/09/2018) |
| 02/09/2018 | 107 | Notice of Under Seal Filing LCvR5 (B) by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams re 106 MOTION to Seal (Bennett, Leonard) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/09/2018) |
| 02/09/2018 | 108 | Sealed Attachment/Exhibit(s) re 106 MOTION to Seal . (Bennett, Leonard) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/09/2018) |
| 02/09/2018 | 109 | Memorandum in Support re 106 MOTION to Seal filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Bennett, Leonard) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/09/2018) |
| 02/09/2018 | 110 | Memorandum in Opposition re 92 MOTION to Transfer Case *Under 28 U.S.C. § 1412* filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit "1")(Bennett, Leonard) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/09/2018) |
| 02/09/2018 | 111 | MOTION to Transfer Case *Under 28 U.S.C. § 1412* by GPL Servicing. (Attachments: # 1 Exhibit 1)(Peterson, Ashley) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/09/2018) |
| 02/09/2018 | 112 | Memorandum in Support re 111 MOTION to Transfer Case *Under 28 U.S.C. § 1412* filed by GPL Servicing. (Attachments: # 1 Exhibit 1)(Peterson, Ashley) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/09/2018) |
| 02/15/2018 | 113 | REPLY to Response to Motion re 92 MOTION to Transfer Case *Under 28 U.S.C. § 1412* filed by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/15/2018) |

| 02/15/2018 | 114 | ORDER granting 96 Motion for Pro hac vice Appointed Ross Lee Weiner for GPL Servicing. Signed by District Judge M. Hannah Lauck on 02/15/2018. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/15/2018) |
| --- | --- | --- |
| 02/15/2018 | 115 | ORDER granting 97 Motion for Pro hac vice Appointed Aaron Harvey Marks for GPL Servicing. Signed by District Judge M. Hannah Lauck on 02/15/2018. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/15/2018) |
| 02/15/2018 | 116 | REPLY to Response to Motion re 89 MOTION for Protective Order *Enforcement* filed by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/15/2018) |
| 02/15/2018 | 117 | RESPONSE to Motion re 106 MOTION to Seal filed by Kenneth Rees. (Anthony, David) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/15/2018) |
| 02/16/2018 | 118 | NOTICE of Appearance by Timothy James St. George on behalf of Kenneth Rees, TC Decision Sciences, LLC, TC Loan Service, LLC, Tail Wind Marketing, LLC, Think Finance SPV, LLC, Think Finance, Inc. (St. George, Timothy) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/16/2018) |
| 02/19/2018 | 119 | Consent MOTION for Extension of Time to File Response/Reply as to 98 MOTION to Certify Class *Claims Against Defendants Kenneth Rees and GPL Servicing, Ltd. and for Entry of an Order Establishing Deadlines Related to Plaintiffs' Motion for Class Certification* by GPL Servicing. (Attachments: # 1 Exhibit 1)(Fratkin, Bryan) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/19/2018) |
| 02/21/2018 | 120 | AGREED ORDER granting 119 Motion for Extension of Time to File Response/Reply. SEE ORDER FOR DETAILS. Signed by District Judge M. Hannah Lauck on 02/21/2018. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/21/2018) |
| 02/21/2018 | 121 | MOTION to Seal by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order, # 2 Exhibit 2 - Substitute Memorandum)(Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/21/2018) |
| 02/21/2018 | 122 | Notice of Filing Sealing Motion LCvR5(C) by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams re 121 MOTION to Seal (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/21/2018) |
| 02/21/2018 | 123 | Memorandum in Support re 121 MOTION to Seal filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/21/2018) |
| 02/21/2018 | 124 | Rebuttal Brief re 106 MOTION to Seal filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/21/2018) |
| 02/23/2018 | 125 | Memorandum in Opposition re 111 MOTION to Transfer Case *Under 28 U.S.C. § 1412* filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 02/23/2018) |
| 02/28/2018 | 126 | Minute Entry for proceedings held before District Judge M. Hannah Lauck:Status Conference held on 2/28/2018. regarding status of bankruptcy, TX cases, Florida cases. Matter taken under advisement. (Court Reporter Diane Daffron, OCR.)(khan, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 03/01/2018) |

| 03/01/2018 | 127 | REPLY to Response to Motion re 111 MOTION to Transfer Case *Under 28 U.S.C. § 1412* filed by GPL Servicing. (Attachments: # 1 Exhibit A)(Peterson, Ashley) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 03/01/2018) |
|---|---|---|
| 03/03/2018 | 128 | TRANSCRIPT of proceedings held on February 28, 2018, before Judge M. Hannah Lauck, Court Reporter Diane Daffron, Telephone number 804 916-2893. **NOTICE RE REDACTION OF TRANSCRIPTS:The parties have thirty(30) calendar days to file with the Court a Notice of Intent to Request Redaction of this transcript. If no such Notice is filed, the transcript will be made remotely electronically available to the public without redaction after 90 calendar days. The policy is located on our website at www.vaed.uscourts.gov Transcript may be viewed at the court public terminal or purchased through the court reporter before the deadline for Release of Transcript Restriction. After that date it may be obtained through PACER Redaction Request due 4/2/2018. Redacted Transcript Deadline set for 5/3/2018. Release of Transcript Restriction set for 6/1/2018.**(daffron, diane) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 03/03/2018) |
| 03/13/2018 | 129 | MOTION for Leave to File *Supplemental Authority* by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Proposed Order)(Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 03/13/2018) |
| 03/13/2018 | 130 | Memorandum in Support re 129 MOTION for Leave to File *Supplemental Authority* filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Attachments: # 1 Exhibit 1 - Martorello's Brief, # 2 Exhibit 2 - Williams Order)(Kelly, Kristi) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 03/13/2018) |
| 03/23/2018 | 131 | MEMORANDUM OPINION. Signed by District Judge M. Hannah Lauck on 03/23/2018. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 03/23/2018) |
| 03/23/2018 | 132 | ORDER. For the reasons stated in the accompanying Memorandum Opinion, the Court GRANTS Defendant Kenneth Rees's Motion to Transfer Case Under 28 U.S.C. § 1412, (ECF No. 92), and Defendant GPL Servicing's Motion to Transfer Case Under 28 U.S.C. § 1412, (ECF No. 111). he Court DENIES AS MOOT Rees's Motion to Transfer Case Pursuant to the First -to-File Rule. (ECF No. 24.) The Court TRANSFERS this action to the District Court for the Northern District of Texas. Signed by District Judge M. Hannah Lauck on 03/23/2018. (tjoh, ) [Transferred from Virginia Eastern on 3/26/2018.] (Entered: 03/23/2018) |
| 03/26/2018 | 133 | Case electronically transferred in from District of Virginia Eastern; Case Number 3:17-cv-00386. Unless exempted, attorneys who are not admitted to practice in the Northern District of Texas should seek admission promptly. Forms, instructions, and exemption information may be found at www.txnd.uscourts.gov, or by clicking here: Attorney Information - Bar Membership. If admission requirements are not satisfied within 21 days, the clerk will notify the presiding judge. Copy of NEF to be sent US Mail to parties not electronically noticed. (Entered: 03/26/2018) |
| 03/26/2018 | 134 | New Case Notes: A filing fee has been paid. Pursuant to Misc. Order 6, Plaintiff is provided the Notice of Right to Consent to Proceed Before A U.S. Magistrate Judge (Judge Toliver). Clerk to provide copy to plaintiff if not received electronically. (ndt) (Entered: 03/26/2018) |
| 04/23/2018 | 135 | Agreed MOTION to Remand to Bankruptcy Court filed by Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams (Attachments: # 1 Proposed Order, # 2 Exhibit(s) A, # 3 Exhibit(s) B, # 4 Exhibit(s) C) (Bartholow, Thad) (Entered: 04/23/2018) |

| 04/23/2018 | 136 | NOTICE of Attorney Appearance by Thad Bartholow on behalf of Stephanie Edwards, Darlene Gibbs, Patrick Inscho, Lawrence Mwethuku, Lula Williams. (Filer confirms contact info in ECF is current.) (Bartholow, Thad) (Entered: 04/23/2018) |
| --- | --- | --- |
| 05/01/2018 | 137 | ORDER granting 135 Motion to Remand to Bankruptcy Court. This matter is REFERRED to Judge Harlan D. Hale of the United States Bankruptcy Court for the Northern District of Texas, Dallas Division, to be adjudicated as a matter related to the consolidated Chapter 11 Bankruptcy of Think Finance LLC, Chapter 11 Case No. 17-33964, and it is further ORDERED that the Clerk of this Court and the Clerk of the Bankruptcy Court to which this case is hereby referred are directed to take such actions as are necessary and appropriate to cause this matter to be docketed as an Adversary Proceeding associated with the consolidated Chapter 11 Bankruptcy of Think Finance LLC, Chapter 11 Case No. 17-33964. (Ordered by Judge David C Godbey on 5/1/2018) (axm) (Entered: 05/01/2018) |

| PACER Service Center | | | |
| --- | --- | --- | --- |
| Transaction Receipt | | | |
| 05/07/2018 14:21:08 | | | |
| PACER Login: | libraryus4502:2653874:0 | Client Code: | null |
| Description: | Docket Report | Search Criteria: | 3:18-cv-00714-N |
| Billable Pages: | 24 | Cost: | 2.40 |

5/7/2018, 2:23 PM